**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| IN RE: ADOPTION OF C.N.W. | : No. 58 WAL 2021 |
|---|---|
| | : |
| | : |
| APPEAL OF: N.D.W., FATHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.